■ RUTH FINKELSTEIN, Respondent, v IRA FINKELSTEIN, Appellant. [698 NYS2d 902] —In an action for a divorce and ancillary relief, the defendant husband appeals, as limited by his brief, from stated portions of a decision of the Supreme Court, Kings County (Harkavy, J.), dated March 3, 1998.

Ordered that the appeal is dismissed, with costs to the respondent, as no appeal lies from a decision (*see, Schicchi v Green Constr. Corp.,* 100 AD2d 509). Ritter, J. P., McGinity, H. Miller and Feuerstein, JJ., concur.